# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



14 SEP 12 AM 8: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR2377-JAH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ARGENTINA OLACHEA (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii),(v)(II) - Transportation of Illegal Aliens and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 11, 2014

Bernard G. Skomal
U.S. Magistrate Judge